**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:                                                   )         Chapter 13
                                                         )         Case No.
                                                         )
                                                         )         PLAN SUMMARY IN LIEU OF HEARING
_____ )

Plan filed: _____     Plan Payments $_____/_____ months
Above ( ) Below ( ) Median   Disposable Income $_____
Primary reason for filing: _____
Modifications to the form plan?  Yes ( )  No ( )
Primary Residence:  1st mortgage [] current [] arrears in plan [] balance in plan [] other
                    2nd mortgage[]current  [] arrears in plan [] balance in plan [] other

Other real estate and subordinate liens on primary residence (describe treatment and include any basis for valuation):
_____
_____
_____

Automobile:   1 [] balance in plan [] value in plan. Basis for value:_____
              2 [] balance in plan [] value in plan. Basis for value:_____

Other Secured Debts and Treatment: (describe treatment and include any basis for valuation)
_____
_____
_____
_____
_____

Judicial Lien Avoidance: Amount of Judicial Lien: $ _____ Total of Other Liens: $_____
Exemption Claimed: $ _____Value of Property: $ _____Judicial Lien Avoided: $ _____

All allowed, unsecured priority claims are paid in full through the Plan. Yes ( ) No ( )

Estimate dividend to general unsecured creditors:_____%

Date:                                                   _____
                                                         Attorney for Debtor